IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lori Anderson,<br><br>   Plaintiff,<br><br>vs.<br><br>WD Electric LLC; Walter Dollbaum,<br><br>   Defendants. | No. CV 18-0001 TUC JGZ (LAB)<br><br>**ORDER** |

On May 22, 2018, this court held a telephonic scheduling conference pursuant to Fed.R.Civ.P. 16. The parties agreed to have this action assigned to a Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). The parties jointly moved that this case be transferred to the Phoenix division to save expenses. Good cause appearing,

IT IS ORDERED that the Clerk shall transfer this action to the Phoenix division and assign it to a Magistrate Judge chosen by lot. LRCiv 3.7; LRCiv 5.1(a) Each of the parties shall file with the court, by June 1, 2018, a Consent/Election form in accordance with LRCiv 3.7(b). *See* (Doc. 6)

DATED this 24th day of May, 2018.

*Leslie A. Bowman*

Leslie A. Bowman
United States Magistrate Judge